## ENOCH HUNTLY *versus* JOSEPH STEAD

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court *p. 201.
PAPERS IN FILE: (1) Precipe for habeas corpus.
*1821 Calendar*, MS p. 41.

## HARVEY WILLIAMS *versus* THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE

JOURNAL ENTRIES (1821-22): *Journal 3:* (1) Appearance, motion to quash habeas corpus *p. 201; (2) motion to quash habeas corpus *p. 244; (3) continued *p. 261; (4) default judgment *p. 279.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit; (5) satisfaction piece; (6) note of amount due.
*1821 Calendar*, MS p. 50. Recorded in *Book B*, MS pp. 102–105.